UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACK CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>v.<br><br>VEGAS PROPERTY SERVICES, INC.; SHADOW SPRINGS COMMUNITY ASSOCIATION; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 2:17-cv-00776-MMD-NJK<br><br>ORDER |

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Plaintiff, The Bank of New York Mellon fka The Bank of New York As Trustee For The Certificateholders of The Cwabs, Inc. Asset-Back Certificates, Series 2005-11, has drawn into question the constitutionality of NRS § 116.3116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 21st day of March 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE