1  Matthew L. Grode, Esq.
   Nevada State Bar # 6326
2  Richard E. Haskin, Esq.
   Nevada State Bar # 11592
3  Timothy P. Elson, Esq.
   Nevada State Bar # 11559
4  **GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP**
5  1140 N. Town Center Drive, Suite 300
   Las Vegas, Nevada  89144-0596
6  (702) 836-9800

7  Attorneys for Defendant
   SHADOW SPRINGS COMMUNITY
8  ASSOCIATION

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br>v.<br><br>VEGAS PROPERTY SERVICES, INC.; SHADOW SPRINGS COMMUNITY ASSOCIATION; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No.:  2:17-cv-00776<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT– FIRST REQUEST** |

WHEREAS, Plaintiff THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-11 ("BNYM"); Defendant SHADOW SPRINGS COMMUNITY ASSOCIATION ("Shadow Springs"); and Defendant VEGAS PROPERTY SERVICES, INC. ("Vegas Property") reached an agreement to allow Shadow Springs and Vegas Property additional time to prepare their respective responses to BNYM's motion for summary judgment (ECF No. 44, filed October 30, 2017) to accommodate the schedules of counsel. *See also* Fed. R. Civ. P. 1.

1

1972950.1

WHEREAS, all parties have agreed that Shadow Springs and Vegas Property shall have up to and including December 6, 2017, to file its response. This is the parties' first request to continue the deadline. (The current deadline for the reply is November 20, 2017.)

This request is made in good faith and not for the purposes of delay.

DATED: November 15, 2017

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

By: /s/ *Timothy Elson*
Timothy P. Elson, Esq.
Nevada Bar No. 11559
1140 N. Town Center Drive, Suite 300
Las Vegas, Nevada 89144
Attorneys for Defendant
SHADOW SPRINGS COMMUNITY ASSOCIATION

DATED: November 15, 2017

THE WRIGHT LAW GROUP P.C.

By: /s/ *Chris Phillips*
Christopher B. Phillips, Esq.
Nevada Bar No. 6182
THE WRIGHT LAW GROUP, P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Attorneys for Defendant
VEGAS PROPERTY SERVICES, INC.

DATED: November 15, 2017

WOLFE & WYMAN LLP

By: /s/ *Colt B. Dodrill*
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, Nevada 89119
Attorneys for Plaintiff
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-17

1972950.1

## ORDER

**IT IS ORDERED** that the stipulation set forth above is the order of this Court.

DATED: November 17, 2017        By: _____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF MAILING

I hereby certify that on the 15th day of November, 2017, the foregoing document entitled: **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARYJUDGMENT– FIRST REQUEST** was served via electronic service through the United States District Court for the District of Nevada's ECF System upon each party in the case who is registered as an electronic case filing user with the Clerk.

Colt B. Dodrill, Esq.
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, Nevada 89119

Attorneys for Plaintiff ***THE BANK OF NEW YORK MELLON***

Tel: (702) 476-0100
Fax: (702) 476-0101

John Henry Wright, Esq.
Christopher B. Phillips, Esq.
THE WRIGHT LAW GROUP, P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas. Nevada 89102

Attorneys for Defendant ***VEGAS PROPERTY SERVICES, INC.***

Tel: (702) 405-0001
Fax: (702) 405-8454

_____
An employee of
Gibbs Giden Locher Turner
Senet & Wittbrodt LLP

1972950.1

1