**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV  89119**
**Tel: (702) 476-0100**
**Fax: (702) 476-0101**
**cbdodrill@wolfewyman.com**

**Attorneys for Plaintiff**
**THE BANK OF NEW YORK MELLON**
**FKA THE BANK OF NEW YORK AS**
**TRUSTEE FOR THE**
**CERTIFICATEHOLDERS OF THE**
**CWABS, INC. ASSET-BACKED**
**CERTIFICATES, SERIES 2005-11**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-11, <br><br> Plaintiff, <br> v. <br><br> VEGAS PROPERTY SERVICES, INC.; SHADOW SPRINGS COMMUNITY ASSOCIATION; and DOES 1 THROUGH 10 INCLUSIVE, <br><br> Defendants. | CASE NO. 2:17-cv-00776 <br><br> **THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERFITICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-11'S NOTICE OF HANDLING ATTORNEY AND DESIGNATION OF COUNSEL FOR SERVICE** |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, effective immediately, the handling attorney on this matter for

Plaintiff, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. FKA THE BANK OF

NEW YORK TRUST COMPANY, N.A., AS TRUSTEE FOR MASTER ADJUSTABLE RATE

MORTGAGES TRUST 2005-3, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-

11, is Colt B. Dodrill, Esq., as stated above.  Mr. Dodrill shall also be lead attorney and designated as

the counsel for service in this matter until further notice, in place and instead of Daniel Madrid, Esq.

Therefore, please remove Daniel Madrid, Esq. from your service list, and direct all future

1

pleadings, correspondence and any inquiries to Colt B. Dodrill, Esq. concerning THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE FOR MASTER ADJUSTABLE RATE MORTGAGES TRUST 2005-11, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-11 and/or this matter, in accordance with the contact information referenced above.

DATED:  December 19, 217          WOLFE & WYMAN LLP


By: */s/ Colt B. Dodrill, Esq.*
    COLT B. DODRILL, ESQ.
    Nevada Bar No. 9000
    WOLFE & WYMAN LLP
    6757 Spencer Street
    Las Vegas, Nevada  89119

    Attorneys for Plaintiff
    THE BANK OF NEW YORK MELLON FKA
    THE BANK OF NEW YORK AS TRUSTEE FOR
    THE CERTIFICATEHOLDERS OF THE
    CWABS, INC. ASSET-BACKED
    CERTIFICATES, SERIES 2005-11


IT IS SO ORDERED.
Dated:  December 19, 2017
.
_____
United States Magistrate Judge

2926304.1