**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Plaintiff
**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-11**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br>v.<br><br>VEGAS PROPERTY SERVICES, INC.; SHADOW SPRINGS COMMUNITY ASSOCIATION; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:17-cv-00776-MMF-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-1 TO REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

The parties, by and through their undersigned counsel of record, hereby stipulate to extend the time for Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-11 ("BNYM"), by and through its attorneys, Wolfe & Wyman LLP, to respond to BNYM's Motion for Summary Judgment filed on October 31, 2017 (ECF No. 46.). Defendants Shadow Springs Community Association ("Shadow Springs") and Vegas Property Services, Inc. ("Vegas Property") filed their respective responses to BNYM's Motion for Summary Judgment (ECF Nos. 49 and 50). BNYM's Replies to the Oppositions are due December 20, 2017.

1

2927203.1

The parties stipulate to extend BNYM's time to file its Replies from December 20, 2017 to December 27, 2017. This stipulation is to accommodate the schedules of counsel. This is the second stipulation for extension to respond to papers filed regarding BNYM's Motion for Summary Judgment, but the first related to BNYM's replies. This request is not for any improper purpose or delay.

IT IS SO STIPULATED.

Dated 19th day of December, 2017

WOLFE & WYMAN LLP

By: */s Colt B. Dodrill*
    Colt B. Dodrill
    Nevada Bar No. 9000
    6757 Spencer Street
    Las Vegas, NV 89119

*Attorneys for Plaintiff*
*THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-11*

Dated 19th day of December, 2017

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

By: */s Timothy P. Elson*
    Timothy P. Elson
    Nevada Bar No. 11559
    1140 N. Town Center Drive, Suite 300
    Las Vegas, Nevada 89144--596

*Attorneys for Defendant*
*SHADOW SPRINGS COMMUNITY ASSOCIATION*

Dated 19th day of December, 2017

THE WRIGHT LAW GROUP, P.C.

By: */s John Henry Wright*
    John Henry Wright
    Nevada Bar No. 6182
    2340 Paseo Del Prado, Suite D-305
    Las Vegas, Nevada 89102

*Attorneys for Defendant*
*VEGAS PROPERTY SERVICES, INC.*

2927203.1

**ORDER**

**IT IS SO ORDERED.**

DATED: December 19, 2017

_____
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

On December 19, 2017, I served **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-1 TO REPLY IN SUPPORTOF ITS MOTION FOR SUMMARY JUDGMENT** by the following means to the persons as listed below:

   X      a.    ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

John Henry Wright    efile@wrightlawgroupnv.com, john@wrightlawgroupnv.com

Matthew L. Grode    mgrode@gglts.com

Richard E. Haskin    rhaskin@gibbsgiden.com, rjackson@gibbsgiden.com, sberry@gibbsgiden.com, telson@gibbsgiden.com

Timothy P. Elson    telson@gibbsgiden.com, rhaskin@gibbsgiden.com, rjackson@gibbsgiden.com, sberry@gibbsgiden.com

                b.    United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By:   /s/ *Kathy Hagmaier*
Kathy Hagmaier, an employee of Wolfe & Wyman LLP

2927203.1