Matthew L. Grode, Esq.
Nevada State Bar # 6326
Richard E. Haskin, Esq.
Nevada State Bar # 11592
**GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP**
1140 N. Town Center Drive, Suite 300
Las Vegas, Nevada 89144-0596
(702) 836-9800

Attorneys for Defendant
SHADOW SPRINGS COMMUNITY ASSOCIATION

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>v.<br><br>VEGAS PROPERTY SERVICES, INC.; SHADOW SPRINGS COMMUNITY ASSOCIATION; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No.: 2:17-cv-00776<br><br>**REQUEST TO BE REMOVED FROM ELECTRONIC SERVICE LIST** |

///
///
///
///
///
///
///
///
///

2082472.1

1

The undersigned requests the removal of Timothy P. Elson, Esq. from the filing and service list by electronic means through the Court's e-filing program on behalf of the following party: SHADOW SPRINGS COMMUNITY ASSOCIATION because he is no longer employed with the firm.

Documents are no longer to be served by electronic means to the following individual at the email address listed below:

telson@gibbsgiden.com

DATED: August 8, 2018

GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP

By: /s/ Richard E. Haskin
Richard E. Haskin, Esq.
Nevada State Bar # 11592
1140 N. Town Center Drive, Suite 300
Las Vegas, Nevada 89144
Attorneys for Defendant
SHADOW SPRINGS COMMUNITY ASSOCIATION

IT IS SO ORDERED.
Dated: August 8, 2018

_____
United States Magistrate Judge

2082472.1