JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
CHRISTOPHER B. PHILLIPS, ESQ.
Nevada Bar No. 14600
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile: (702) 405-8454
Email: john@wrightlawgroupnv.com
      chris@wrightlawgroupnv.com
*Attorneys for Defendant*
*VEGAS PROPERTY SERVICES, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>vs.<br><br>VEGAS PROPERTY SERVICES, INC.; SHADOW SPRINGS COMMUNITY ASSOCIATION; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00776-MMD-NJK<br><br>**STIPULATION AND ORDER TO WITHDRAW AND REBRIEF MOTIONS FOR SUMMARY JUDGMENT** |

Pursuant to LR 6-1, Plaintiff THE BANK OF NEW YORK MELLON ("BONY"), Defendant VEGAS PROPERTY SERVICES, INC., ("Vegas") and Defendant SHADOW SPRINGS COMMUNITY ASSOCIATION ("HOA") by and through their respective counsel of record, hereby agree and stipulate as follows:

This Court previously imposed a stay of litigation pending resolution of the Certified Question to the Nevada Supreme Court. [ECF No. 78]. The Court denied all pending Motions [ECF Nos. 44, 63] without prejudice to refiling the same within 30 days from the stay being lifted.

On August 2, 2018, the Nevada Supreme Court answered the Certified Question, and the

THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

1  parties filed a joint status report regarding the same on August 7, 2018. [ECF No. 79]. After
2  reviewing the parties' joint status report, the Court lifted the stay on August 9, 2018. [ECF No. 82].
3  Thereafter, BONY filed a renewed Motion for Summary Judgment on August 20, 2018
4  [ECF No. 83]. Vegas filed a renewed Motion for Summary Judgment on September 10, 2018. [ECF
5  No. 84]. Vegas filed an opposition to BONY's renewed Motion for Summary Judgment on
6  September 10, 2018. [ECF No. 85].
7  On September 13, 2018 the Nevada Supreme Court issued its decision in *Bank of America,*
8  *N.A. Successor by Merger to BAC Home Loans Servicing, LP, F/K/A Countrywide Home Loans*
9  *Servicing, L.P. v. SFR Investments Pool 1, LLC,* Case No. 70501, 134 Nev. Adv. Op. 72 (Nev. Sep.
10 13, 2018) (Referred to hereinafter as the "*Diamond Spur*" decision).
11 Upon review of the *Diamond Spur* decision, the parties agree that many of the issues raised
12 in the parties renewed Motions for Summary Judgment are directly affected by the Nevada
13 Supreme Court's recent decision. As such, the parties have agreed that it would be worthwhile to
14 allow the parties time and opportunity to withdraw their renewed motions, rebrief their arguments
15 in light of the new case law, and resubmit revised motions for the Court's consideration.
16 ACCORDINGLY, IT IS HEREBY AGREED AND STIPULATED that BONY's Renewed
17 Motion for Summary Judgment [ECF No. 83], Vegas' Renewed Motion for Summary Judgment
18 [ECF No. 84], and Vegas's Opposition to BONY's Renewed Motion for Summary Judgment [ECF
19 No. 85] are withdrawn.
20 IT IS FURTHER AGREED AND STIPULATED that each party shall have thirty (30) days
21 from the date of this Order to rebrief and resubmit their respective Motions for Summary.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

**THE WRIGHT LAW GROUP P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

| | |
|---|---|
| DATED this 20th day of September, 2018. | DATED this 20th day of September, 2018. |
| THE WRIGHT LAW GROUP, P.C. | WOLFE & WYMAN LLP |
| /s/ *John Henry Wright* <br> JOHN HENRY WRIGHT, ESQ. <br> Nevada Bar No. 6182 <br> CHRISTOPHER B. PHILLIPS, ESQ. <br> Nevada Bar No. 14600 <br> 2340 Paseo Del Prado, Suite D-305 <br> Las Vegas, Nevada 89102 <br> *Attorneys for Defendant* <br> *VEGAS PROPERTY SERVICES, LLC* | /s/ *Colt B. Dodrill* <br> COLT B. DODRILL, ESQ. <br> Nevada Bar No. 9000 <br> 6757 Spencer Street <br> Las Vegas, Nevada 89119 <br> *Attorneys for Plaintiff* <br> *THE BANK OF NEW YORK MELLON* |

Dated this 20th day of September, 2018

GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT, LLP

/s/ *Richard E. Haskin*
MATTHEW L. BRODE, ESQ.
Nevada Bar No. 6326
RICHARD E. HASKIN, ESQ.
Nevada Bar No. 11592
1140 N. Town Center Drive, Suite 300
Las Vegas, Nevada 89144
*Attorneys for Defendant*
*SHADOW SPRINGS COMMUNITY ASSOCIATION*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: September 24, 2018