LUIS A. AYON, ESQ.
NEVADA BAR NO. 9752
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10753
**AYON LAW, PLLC**
8716 Spanish Ridge Ave., Suite 115
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-11,<br>　　　　Plaintiff,<br>v.<br><br>VEGAS PROPERTY SERVICES, INC.; SHADOW SPRINGS COMMUNITY ASSOCIATION; and DOES 1 THROUGH 10, INCLUSIVE,<br>　　　　Defendants. | Case No.: 2:17-cv-00776-MMD-NJK |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Defendant VEGAS PROPERTY SERVICES, INC. hereby substitutes Ayon Law, PLLC as counsel in the above-entitled action, in the place and stead of John H. Wright, Esq. and The Wright Law Group, P.C.

DATED this _____ day of December, 2018

_____
Vegas Property Services, Inc.
By: _____

We hereby accept the foregoing substitution as attorneys for defendant Vegas Property Services, Inc.

DATED this 20th day of December, 2018

/s/ Allison R. Schmidt
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10753
AYON LAW, PLLC
8716 Spanish Ridge Ave., Suite 115
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com

We hereby consent to the above substitution.

DATED this 19th day of December, 2018

/s/ John H. Wright
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

The substitution of counsel is **GRANTED**.
The motion to withdraw as counsel (Docket No. 94) is **DENIED** as moot, and the hearing on that motion is **VACATED.**
IT IS SO ORDERED.

.

_____
Nancy J. Koppe
United States Magistrate Judge

Dated this 21st day of December, 2018.